447 A.2d 664

Commonwealth v. Michaels, Appellant.

Petition for Allowance of Appeal Denied Oct. 12, 1982.

638

Submitted March 24, 1982. Robert Niels Tarman, Public Defender, for appellant; Gary Steven Reinhardt, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.